UNITED STATES of America, Plaintiff–Appellee,

v.

Esequiel LOPEZ–BELTRAN, Defendant–Appellant.

No. 13–10241.

United States Court of Appeals, Ninth Circuit.

Submitted June 25, 2014.*

Filed June 27, 2014.

Mark S. Kokanovich, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Esequiel Lopez–Beltran, Herlong, CA, pro se.

Before: HAWKINS, TALLMAN, and NGUYEN, Circuit Judges.

MEMORANDUM **

Esequiel Lopez–Beltran appeals from the district court's judgment and challenges his guilty-plea conviction and 41–month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Lopez–Beltran's counsel has filed a brief

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Lopez–Beltran the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Lopez–Beltran has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.